# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00198-CV

**Texas Department of Criminal Justice, Appellant**

**v.**

**Salia Issa, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-006269, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Salia Issa has filed an unopposed motion to abate this appeal to allow the parties to finalize a settlement agreement. We grant the motion and abate this appeal. Appellee shall submit a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report on the settlement negotiations accompanied by a motion to extend the abatement on or before February 10, 2025.

It is ordered on December 13, 2024.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: December 13, 2024